(86 South. 816)

No. 23344.

## FLORES et ux. v. STEEG PRINTING & PUBLISHING CO.

(Jan. 3, 1921.)

*(Syllabus by Editorial Staff.)*

Courts ☞224(11)—Amount involved in supplemental petition to recover under Workmen's Compensation Act held below jurisdiction of Supreme Court on appeal.

Where action was brought for $15,000 for death of a child, and there was a final judgment rejecting plaintiff's demand, and subsequent to the rendition of such judgment plaintiff filed a supplemental petition asking for judgment for $1,010 under the Workmen's Compensation Act, the Supreme Court did not have jurisdiction of an appeal from a judgment striking such supplemental petition, as the amount involved was below the jurisdiction of the court.

Appeal from Civil District Court, Parish of Orleans; George H. Théard, Judge.

Suit by John Flores and wife against the Steeg Printing & Publishing Company. There was a judgment for defendant, and from a judgment striking a supplemental petition asking for relief under the Workmen's Compensation Act, plaintiffs appeal. Cause transferred to the Court of Appeal for the parish of Orleans.

George Sladovich, of New Orleans, for appellants.

Farrar, Goldberg & Dufour, of New Orleans, for appellee.

SOMMERVILLE, J. This was originally a suit sounding in damages for fifteen thousand and odd dollars for the death of the son of plaintiffs, alleged to have been killed while in the employ of defendant. There was final judgment rejecting plaintiffs' demand reported in 142 La. 1068, 78 South. 119.

Subsequent to the rendition of the final judgment, plaintiffs filed in the original proceedings what they have termed a supplemental petition, in which they asked for judgment amounting to $1,010 under the Workmen's Compensation Act (Act 20 of 1914) for the death of their son. There was judgment striking said supplemental petition from the record; and plaintiffs have appealed.

The amount involved is below the jurisdiction of this court.

It is ordered that this case be transferred to the Court of Appeal for the parish of Orleans, at the cost of plaintiffs.